UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERNANDO GALLEGOS,<br><br>                       Petitioner,<br>   v.<br><br>ISIDRO BACA, et al.,<br><br>                     Respondents. | Case No. 3:15-cv-00254-RCJ-VPC<br><br>ORDER |

This habeas matter comes before the court on motions by both parties. The court has reviewed the counseled amended petition (ECF No. 11) as well as the briefing on the motion for leave to file an amended pleading (ECF No. 13). Exercising its discretion to manage the docket, the court rules as follows:

**IT IS ORDERED** that petitioner's motion for leave to file an amended petition (ECF No. 13) and respondents' motion to extend time to respond to the first-amended petition (ECF No. 15) are both **DENIED** as moot.

**IT IS FURTHER ORDERED** that, within **ninety (90) days** of the date of this order, petitioner shall file and serve his second-amended petition.

**IT IS FURTHER ORDERED** that an answer or other responsive pleading and any subsequent response thereto by petitioner, shall be filed as set forth in the scheduling order dated December 18, 2015 (ECF No. 10).

DATED: This 6th day of May, 2016.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1