RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JASON F. CARR
Assistant Federal Public Defender
Nevada State Bar No. 006587
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Jason_Carr@fd.org

Attorney for Petitioner **Gallegos**



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| FERNANDO GALLEGOS, | Case No. 3:15-cv-00254-RCJ-VPC |
|---|---|
| Petitioner, | **UNOPPOSED MOTION EXTENSION OF TIME TO FILE OPPOSITION TO SECOND MOTION TO DISMISS** |
| v. | |
| ISIDRO BACA, et al., | **(Second Request)** |
| Respondents. | |

COMES NOW the Petitioner, Fernando Gallegos, by and through counsel of record, Jason F. Carr, hereby files this request extension of time to file his Opposition to Respondent's Second Motion to Dismiss Petition for Writ of Habeas Corpus. Petitioner requests that this Court grant him an extension of time of three (3) days to file the Opposition making the pleading due on Friday, September 8, 2017.

This motion is based upon the attached Points and Authorities and all pleadings and papers on file herein.

# POINTS AND AUTHORITIES

1. On February 16, 2017, this Court issued an Order granting Petitioner's Motion for Leave to File a Third Amended Petition. (ECF No. 39.) On May 4, 2017, Petitioner filed his Third Amended Petition. (ECF No. 42). Respondent's filed their Second Motion to Dismiss on June, 19, 2017. (ECF No. 43). Petitioner's Opposition is currently due September 5, 2017. This is the second request for an extension of time.

2. Press of business and the disruption imparted by the Labor Day weekend underlie this request.

3. On September 5, 2017, counsel for Petitioner contacted Deputy Attorney General Matthew S. Johnson. Mr. Johnson does not object to this request for a continuance, however the State requests that counsel for habeas petitioners make clear that nothing about the decision not to oppose Petitioner's extension request signifies an implied finding of a basis for tolling any applicable period of limitations or the waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitations periods and understands that, in granting an extension request, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

4. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Gallegos. Counsel respectfully requests that this Court grant the request for an extension of time to file the Opposition to September 8, 2017, in order for the effective and thorough representation of Mr. Gallegos in his federal habeas action.

DATED this 5th day of September, 2017.

                Respectfully submitted,
                RENE L. VALLADARES
                Federal Public Defender

                */s/ Jason F. Carr*
                JASON F. CARR
                Assistant Federal Public Defender

It is so **Ordered:**

                _____
                ROBERT C. JONES
                United States District Judge

                Dated: 1-18-2018