ADAM PAUL LAXALT
Attorney General
MATTHEW S. JOHNSON (Bar No. 12412)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Phone: (775) 684-1272
Fax: (775) 684-1108
MJohnson@ag.nv.gov
Attorney for Respondents/
Isidro Baca and the Attorney General of the State of Nevada

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO GALLEGOS, | Case No. 3:15-cv-00254-RCJ-VPC |
| Petitioner, | |
| vs. | **UNOPPOSED MOTION FOR ENLARGMENT OF TIME** |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents, by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, respectfully move this court for an order granting a forty-five (45) day enlargement of time, in which to file and serve their reply to Fernando Gallegos' (Gallegos) opposition to respondents' motion to dismiss Gallegos' petition for a writ of habeas corpus.

This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

///
///
///
///
///
///

There have been no prior enlargements of respondents' time to file said reply, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 25th day of September, 2017.

ADAM PAUL LAXALT
Attorney General

By: /s/ Matthew S. Johnson
MATTHEW S. JOHNSON (Bar No. 12412)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

Dated this 18 day of January ~~2017~~ 2018.

R. Jones
DISTRICT COURT JUDGE