# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO GALLEGOS, | Case No.: 3:15-CV-00254-RCJ-CBC |
| Plaintiff, | |
| vs. | ORDER |
| ISIDRO BACA, *et al.*, | |
| Defendant. | |

Respondents having filed an Unopposed Motion for Enlargement of Time (ECF No. 63); and Motions for Enlargement of Time (ECF Nos. 64, 65), and good cause appearing;

IT IS HEREBY ORDERED that Respondents' Unopposed Motion for Enlargement of Time (ECF No. 64); and Motions for Enlargement of Time (ECF Nos. 64, 65) are **GRANTED.** Respondents will have through Wednesday, October 9, 2019, to file an answer or other responsive pleadings to the Third Amended Petition for Writ of Habeas Corpus.

IT IS SO ORDERED this 20th day of September, 2019.

_____
ROBERT C. JONES
Senior District Judge