AARON D. FORD
  Attorney General
Allison Herr (Bar No. 5383)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101
(702) 486-3799 (phone)
(702) 486-2377 (fax)
AHerr@ag.nv.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO GALLEGOS, | Case No. 3:15-cv-00254-RCJ-CBC |
|     Petitioner, | **ORDER GRANTING** |
| | **MOTION FOR EXTENSION OF TIME TO** |
| vs. | **FILE ANSWER TO THIRD AMENDED** |
| | **PETITION FOR WRIT OF HABEAS** |
| ISIDRO BACA, et al., | **CORPUS (ECF NO. 42)** |
|     Respondents. | **(FOURTH REQUEST)** |

      Respondents move this Court for an enlargement of time of thirty (30) days from the current due date of October 9, 2019, up to and including Friday, November 8, 2019, in which to file their answer or other responsive pleadings to the Third Amended Petition for Writ of Habeas Corpus. ECF No. 42. This motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached affidavit of counsel.

      This is the fourth enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

      DATED October 9, 2019.

IT IS SO ORDERED this 9th day of
October, 2019.

_R. Jones (signature)_

_____
ROBERT C. JONES

AARON D. FORD
Attorney General

By: /s/ Allison Herr
    Allison Herr (Bar No. 5383)
    Senior Deputy Attorney General