UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO GALLEGOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　Respondents. | Case No. 3:15-cv-00254-RCJ-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ANSWER**<br><br>**(SECOND REQUEST)** |

COMES NOW the Petitioner, Fernando Gallegos, by and through counsel of record, Jason F. Carr, hereby files this request extension of time to file his Reply to Answer. Gallegos requests that this Court grant him an extension of time of thirty-three (33) days to file his Reply and Legal Memorandum in Support of Petition, rendering the pleading due on or before Tuesday, March 17, 2020.

This motion is based upon the attached Points and Authorities and all pleadings and papers on file herein.

Dated: February 13, 2020.

                                              Respectfully submitted,
                                              RENE L. VALLADARES
                                              Federal Public Defender

                                              */s/ Jason F. Carr*
                                              JASON F. CARR
                                              Assistant Federal Public Defender

## POINTS AND AUTHORITIES

1. Respondents filed their Answer on in this § 2254 habeas action on November 8, 2019. (ECF No. 69.) After seeking one extension, Gallegos' Reply is due on February 13, 2020. In this motion, Gallegos is requesting an extension of time of thirty-three days, rendering the Reply due on **March 17, 2020**. This is a second request for an extension of time.

2. Press of business underlies this request for a continuance including, inter alia: An Amended Petition in *Finias v. Baker*, 3:19-cv-00142-LRH-CLB, that counsel for Gallegos filed on February 11, 2020, an Opening Brief to the Ninth Circuit Court of Appeals due on February 18, 2020, in *Ramirez v. Baker*, CA No. 19-16825; and an AEDPA deadline to file a supplemental petition due by February 22, 2020, in *Campbell v. Russell*, 3:19-cv-00576-MMD-WGC. Counsel for Gallegos respectfully requests an extension of time to file given these obligations.

3. On February 13, 2020, counsel for Petitioner contacted Deputy Attorney General Allison Herr. Ms. Herr does not object to this request for a continuance, however, the State requests that counsel for habeas petitioners make clear that this non-opposition does not signify an implied basis for tolling any applicable period of limitations or the waiver of any other procedural defense. Petitioner remains responsible for calculating any limitations periods and understands that, in granting an extension request, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

4. Counsel recognizes that this Court's reasonable interest in moving cases expeditiously. I aver that this motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Gallegos. In particular, the above-mentioned *Finias* Amended Petition proved more time consuming and difficult than

counsel anticipated. Because of this fact and other intervening deadlines, counsel respectfully requests that this Court grant the request for an extension of time to file the Reply to **March 17, 2020**, in order to ensure the effective and thorough representation of Mr. Gallegos in his federal habeas action.

Dated: February 13, 2020.

RENE L. VALLADARES
Federal Public Defender

*/s/ Jason F. Carr*
JASON F. CARR
Assistant Federal Public Defender

## ORDER

It is hereby **ORDERED** that Petitioner Gallegos' Motion to Extend the time to file a Reply to the Respondents' Answer is **GRANTED**. Petitioner shall file his Reply by **March 17, 2020.**

_____
ROBERT C. JONES
United States District Judge

Dated: March 4, 2020.

4