|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO GALLEGOS, | Case No. 3:15-cv-00254-RCJ-VPC |
| Petitioner, | **ORDER GRANTING UNOPPOSED MOTION EXTENSION OF TIME TO FILE OPPOSITION TO SECOND MOTION TO DISMISS** |
| v. | |
| ISIDRO BACA, et al., | (Third Request) |
| Respondents. | |

COMES NOW the Petitioner, Fernando Gallegos, by and through counsel of record, Jason F. Carr, hereby files this request extension of time to file Reply and Legal Memorandum in Support of his Amended Petition. Gallegos requests an extension of thirty days. The Replay will now be due **April 16, 2020.**

This motion is based upon the attached Points and Authorities and all pleadings and papers on file herein.

.

## POINTS AND AUTHORITIES

1. On February 16, 2017, this Court issued an Order granting Petitioner's Motion for Leave to File a Third Amended Petition. (ECF No. 39.) On May 4, 2017, Petitioner filed his Third Amended Petition. (ECF No. 42).

Respondents filed their Answer on November 8, 2019. (ECF No. 69.)

2. Petitioner Gallegos request an extension of time until **April 16, 2020.**

3. Counsel requests this time because of press of business and the uncertainties caused by the COVID-19 outbreak.

4. Counsel for Respondents do not object to this request for a continuance, however the State requests that counsel for habeas petitioners make clear that nothing about the decision not to oppose Petitioner's extension request signifies an implied finding of a basis for tolling any applicable period of limitations or the waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitations periods and understands that, in granting an extension request, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

5. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Gallegos. Counsel respectfully requests that this Court grant the request for an extension of time to file the Opposition to **April 16, 2020,** in order for the effective and thorough representation of Mr. Gallegos in his federal habeas action.

Dated: March 17, 2020.

                                          Respectfully submitted,
                                          RENE L. VALLADARES
                                          Federal Public Defender

                                          */s/ Jason F. Carr*
                                          JASON F. CARR
                                          Assistant Federal Public Defender

It is hereby **ORDERED** that, good cause appearing herein, that Petitioner Fernando Gallegos' Reply to Respondent's Answer is due on **April 16, 2020.**

                                          _____
                                          ROBERT C. JONES
                                          United States District Judge

                                          Dated:  MARCH 24, 2020