1   RENE L. VALLADARES
    Federal Public Defender
2   Nevada State Bar No. 11479
    JASON F. CARR
3   Assistant Federal Public Defender
    Nevada State Bar No. 006587
4   411 E. Bonneville, Ste. 250
    Las Vegas, Nevada 89101
5   (702) 388-6577
    (702) 388-5819 (fax)
6   Jason_Carr@fd.org
7
8   Attorney for Petitioner **Gallegos**

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11

12  FERNANDO GALLEGOS,              | Case No. 3:15-cv-00254-RCJ-VPC

13          Petitioner,             | **UNOPPOSED    MOTION      FOR
                                    | EXTENSION OF TIME TO FILE A
14      v.                          | REPLY TO THE STATE'S ANSWER**

15  ISIDRO BACA, et al.,            | **(Fifth Request)**

16          Respondents.

17

18          COMES NOW the Petitioner, Fernando Gallegos, by and through counsel of

19  record, Jason F. Carr, hereby files this request for an extension of time of three weeks

20  to file Reply and Legal Memorandum in Support of his Amended Petition.  Gallegos

21  requests an extension of thirty days.  The Replay will now be due **June 6, 2020.**

22          This motion is based upon the attached Points and Authorities and all

23  pleadings and papers on file herein.

24

25

26  .

## POINTS AND AUTHORITIES

1. On February 16, 2017, this Court issued an Order granting Petitioner's Motion for Leave to File a Third Amended Petition. (ECF No. 39.)  On May 4, 2017, Petitioner filed his Third Amended Petition. (ECF No. 42).

Respondents filed their Answer on November 8, 2019.  (ECF No. 69.)

2. Petitioner Gallegos request an extension of time until **June 6, 2020.**

3. Counsel requests this time because of press of business and the uncertainties caused by the COVID-19 outbreak.

4. Further, counsel took a new federal defender position in Washington state.  That commitment occurred before the current pandemic had gained any real force.  The position starts on July 1, 2020.  The complications with preparing to move in this environment also complicate preparing the Reply.

5. Counsel for Respondents do not object to this request for a continuance, however the State requests that counsel for habeas petitioners make clear that nothing about the decision not to oppose Petitioner's extension request signifies an implied finding of a basis for tolling any applicable period of limitations or the waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitations periods and understands that, in granting an extension request, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

6. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Gallegos. Counsel respectfully requests that this Court grant the request for an extension of time to file his Reply on **June 6, 2020,** in order for the effective and thorough representation of Mr. Gallegos in his federal habeas action.

Dated: May 15, 2020.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Jason F. Carr*

JASON F. CARR
Assistant Federal Public Defender

It is hereby **ORDERED** that, good cause appearing herein, that Petitioner Fernando Gallegos' Reply to Respondent's Answer is due on **June 6, 2020.**

ROBERT C. JONES
United States District Judge

Dated:

May 20, 2020.