RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JASON F. CARR
Assistant Federal Public Defender
Nevada State Bar No. 006587
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Jason_Carr@fd.org

Attorney for Petitioner **Gallegos**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO GALLEGOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　Respondents. | Case No. 3:15-cv-00254-RCJ-VPC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO THE STATE'S ANSWER**<br><br>**(Sixth Request)** |

　　COMES NOW the Petitioner, Fernando Gallegos, by and through counsel of record, Jason F. Carr, hereby files this request for an extension of time of seven days to file Reply and Legal Memorandum in Support of his Amended Petition.[1]  The Replay will now be due **June 15, 2020.**

　　This motion is based upon the attached Points and Authorities and all pleadings and papers on file herein.

---

[1] Gallegos' last MFE mistakenly asked for a due date of June 6, 2020, which is a Saturday.  This left the Reply due on June 8, 2020—the next business day.

## POINTS AND AUTHORITIES

1. On February 16, 2017, this Court issued an Order granting Petitioner's Motion for Leave to File a Third Amended Petition. (ECF No. 39.)  On May 4, 2017, Petitioner filed his Third Amended Petition. (ECF No. 42).  Respondents filed their Answer on November 8, 2019.  (ECF No. 69.)

2. Petitioner Gallegos requests a final extension of time until **June 15, 2020.**

3. Counsel requests this time because of press of business and the uncertainties caused by the COVID-19 outbreak.  Specifically, counsel had to file an amended petition in *Coleman v. Gittere*, No. 3:19-cv-00172-RCJ (WGC), on May 28, 2020.  While there was almost sufficient time to complete the Gallegos Reply thereafter, and it is well along, in an abundance of caution, counsel is requesting an additional seven days to finish this Reply but hopes to file it sooner.  This will also allow counsel to further consider some of the legal issues attendant to this case as there are complications that became more apparent the deeper one delves into the state court record and transcripts.

4. Further, counsel took a new federal defender position in Washington state.  That commitment occurred before the current pandemic had gained any real force.  The position starts on July 1, 2020.  The complications with preparing to move in this environment also delay preparing the Reply.

5. Counsel for Respondents do not object to this request for a continuance, however the State requests that counsel for habeas petitioners make clear that nothing about the decision not to oppose Petitioner's extension request signifies an implied finding of a basis for tolling any applicable period of limitations or the waiver of any other procedural defense. Petitioner at all times remains responsible for calculating any limitations periods and understands that, in granting an extension

request, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely.

6. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Mr. Gallegos. Counsel respectfully requests that this Court grant the request for an extension of time to file his Reply on **June 15, 2020,** in order for the effective and thorough representation of Mr. Gallegos in his federal habeas action.

Dated: June 8, 2020.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Jason F. Carr*
JASON F. CARR
Assistant Federal Public Defender

It is hereby **ORDERED** that, good cause appearing herein, that Petitioner Fernando Gallegos' Reply to Respondent's Answer is due on **June 15, 2020.**

_____
ROBERT C. JONES
United States District Judge

Dated: June 15, 2020

3